# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161007(45)

COSETTE ROWLAND, Personal Representative,
of the ESTATE OF VIRGINIA KERMATH,
      Plaintiff-Appellant,

v

INDEPENDENCE VILLAGE OF OXFORD,
LLC, UNIFIED MANAGEMENT SERVICES,
and SENIOR VILLAGE MANAGEMENT,
      Defendants-Appellees.
_____/

SC: 161007
COA: 345650
Oakland CC: 2016-156377-NO

On order of the Chief Justice, the motion of defendants-appellees to file a response to the brief amicus curiae of the Michigan Association for Justice is GRANTED. The response submitted on March 19, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2021



Clerk